# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **JOSE A. MORENO-DIAZ [1]** <br> **Defendant**. | **CRIMINAL NO. 15-CR-139-01(PAD)** |

## AMENDED ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille Velez-Rive regarding the Rule 11 proceeding of defendant, Jose A. Moreno-Diaz (Docket No. 81), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Counts Four (4) and Five (5) of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 80).

**Sentencing Memorandum is due by March 27, 2017.**

**Sentencing Hearing is set for April 7, 2017 at 10:00 AM in Courtroom 3 before Judge Pedro A. Delgado-Hernandez.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of January, 2017.

> s/Pedro A. Delgado-Hernández
> PEDRO A. DELGADO HERNANDEZ
> United States District Judge